

# THE THIRTEENTH COURT OF APPEALS

## 13-14-00439-CV

City of Bay City
v.
Bobbie P. Gaspard

On Appeal from the
23rd District Court of Matagorda County, Texas
Trial Cause No. 13-E-0110-CV

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERS judgment that the case be DISMISSED WITH PREJUDICE. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

August 13, 2015